OPINION — AG — ** PRODUCT LIABILITY — LIQUEFIED PETROLEUM GAS ** IT IS 'NOT' MANDATORY FOR RETAILERS, DISTRIBUTORS, HANDLERS AND DISPENSERS OF LIQUEFIED PETROLEUM GAS IN OKLAHOMA TO CARRY ANY KIND OF INSURANCE OTHER THAN THAT SPECIFIED IN SENATE BILL NO. 208 (STATE FIRE MARSHALL, INSURANCE, CARRIER, TRUCKS, HAULERS) CITE: 52 O.S. 441.1 [52-441.1], 52 O.S. 441.8 [52-441.8] (J. H. JOHNSON)